FILED: March 10, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-7611
(5:16-ct-03177-BO)

_____

JAMES GARY MOSKOS

    Plaintiff - Appellant

v.

JAMES HARDEE; KATHERINE BUTLER; JAMES HORNE; LARON LOCKLEAR; JAMES MCRAE; ROSE LOCKLEAR

    Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered January 20, 2022, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*